# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOROTHY WILLIAMS,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:10-cv-518-Orl-31GJK**

**VAL DEMINGS and CITY OF ORLANDO,**

        **Defendants.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter, which involves allegations of excessive force being made against officers of the Orlando Police Department.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 12, 2010.

                                                    GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record